# United States District Court
## Violation Notice

CVB Locating Code: **0552**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6904951 | P CARR | 3653 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 3/6/2019 1502 | 38 CFR 1.218(b)(26) |

**Place of Offense**
4100 W 3RD ST DAYTON OH

**Offense Description: Factual Basis for Charge** HAZMAT ☐
SPEED
36-20

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| FROATS | TED | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| HDD 5333 | OH | 79 | HONDA CRV | | MAROON |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 25 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 55 Total Collateral Due

### YOUR COURT DATE
Court Address: —
Date: TBD
Time: —

X Defendant Signature: [signed]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3/6, 20 19 while exercising my duties as a law enforcement officer in the SOUTHERN District of OHIO

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/06/2019   [signed] PC
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident